IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK BERRYMAN,** | : | |
| Petitioner, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 10-5243** |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | **CRIMINAL ACTION** |
| | : | |
| | : | **04-0425** |

### ORDER

**AND NOW**, this _____ day of July, 2012, upon consideration of Petitioner Frank Berryman's Habeas Corpus Petition to Vacate/Set Aside/Correct Sentence Pursuant to U.S.C. § 2255 (Doc. 149), and the Government's Memorandum in Opposition (Doc. 157), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Habeas Corpus Petition to Vacate/Set Aside/Correct Sentence Pursuant to U.S.C. § 2255 is **DENIED.**[1]

**IT IS FURTHER ORDERED** that Petitioner's *pro se* Motion to File a Reply to Government's Response to Petitioner's Habeas Corpus Petition (Doc. 158) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that this case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion, dated July __, 2012.